IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ROLAND STEADMAN, et al. :
:
    Plaintiff(s) :
: Case Number: 1:05-cv-00814
    vs. :
: Senior District Judge S. Arthur Spiegel
MICHAEL DALTON :
:
    Defendant(s) :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . The Court hereby ADOPTS the Magistrate Judge's Report and Recommendations (doc. 9) IN ITS ENTIREY.  In doing so, the Motion to Remand (doc. 8) is GRANTED and the Motion for Default Judgment (doc. 5) is DISMISSED without prejudice.  This case is remanded to state court.

6/9/06                                                            James Bonini, Clerk

                                                                s/Kevin Moser
                                                                 Kevin Moser
                                                                 Deputy Clerk